```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

SHEDDRIC L. WOODS,

    Movant,

v.                                        Civil Action No. 2:16-cv-05720
                                          Criminal Action No. 2:97-cr-00117

UNITED STATES OF AMERICA,

    Respondent.

## MEMORANDUM OPINION AND ORDER

This action was previously referred to Cheryl A. Eifert, United States Magistrate Judge, who has submitted her Proposed Findings and Recommendation ("PF&R") pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the PF&R entered by the magistrate judge on December 7, 2017. The magistrate judge recommends "that the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 be denied as untimely; the motion to withdraw the referral to the undersigned and stay this action be denied, as moot; and that this action be dismissed, with prejudice, and removed from the docket of the Court." (PF&R 6 (emphases and citations omitted).) The movant, represented by counsel, objects to the magistrate judge's conclusion that his Section 2255 motion was untimely filed. However, the movant recognizes "that this Court

is currently bound by the Fourth Circuit's decision in <u>United States v. Brown</u>, 868 F.3d 297 (4th Cir. 2017), to find that his petition is untimely filed." (Obj. 1.) The movant's counsel notes that he "is aware that counsel in [<u>Brown</u>] intend to pursue the matter to the Supreme Court if necessary." (<u>Id.</u> 2.) Thus, the movant "makes [his] objection to preserve the issue for further review." (<u>Id.</u>)

For the foregoing reasons, it is ORDERED that:

1. The PF&R be, and hereby is, adopted by the court;
2. The movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 be, and hereby is, denied as untimely;
3. The motion to withdraw the referral to the magistrate judge and stay this action be, and hereby is, denied as moot; and
4. This action be, and hereby is, dismissed with prejudice and removed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record, to any unrepresented parties, and to the United States Magistrate Judge.

ENTER: June 15, 2018

John T. Copenhaver, Jr.
United States District Judge